■ JUSTIN TEUTUL, Respondent, v. FIRST NATIONAL BANK IN YONKERS, Appellant.— In an action to recover money paid by defendant on forged checks charged to plaintiff's account, defendant appeals: (1) from an order of the City Court of Yonkers, dated April 23, 1962, which granted plaintiff's motion for summary judgment; and (2) from the judgment of said court entered May 23, 1962 pursuant to said order. Order affirmed, with $10 costs and disbursements. Appeal from judgment dismissed, without costs. No judgment is contained in the record (*Matter of Teperman* v. *Atcos Baths,* 7 A D 2d 854). Ughetta, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.